BOGGS, The PAUL. See Case No. 10,846.

## Case No. 1,604.

### The BOHEMIAN.

[Cited in The W. B. D., Case No. 17,306. Nowhere reported; opinion not now accessible.]

BOHLENS (MULLER v.). See Case No. 9,-914.

BOHMER (DUWELL v.). See Case No. 4,-213.

BOHN (SMITH v.). See Case No. 13,015.

BOICE (UNITED STATES v.). See Case No. 14,619.

BOILEAU (LAMBSON v.). See Case No 8,-030.

BOIT (DE LOVIO v.). See Case No. 3,776.

BOJORQUES (UNITED STATES v.). See Case No. 14,620.